Dismissed and Memorandum Opinion filed July 23, 2009








Dismissed
and Memorandum Opinion filed July 23, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00226-CV

____________

 

MARTIN T. FRANCO, Appellant

 

V.

 

N. QUARTERMAN, DIRECTOR FOR THE TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, Appellee

 



 

On Appeal from the 412th District Court

Brazoria County, Texas

Trial Court Cause No. 50737

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 9, 2009.  The clerk=s record was filed on April 13,
2009.  No reporter=s record was taken in this case.  Appellant=s brief was due May 13, 2009, but was
not filed.  Appellant also did not file a motion for extension of time to file
his brief. 








On May
21, 2009, this court issued an order stating that unless appellant submitted
his brief, together with a motion reasonably explaining why the brief was late,
on or before June 22, 2009, the court would dismiss the appeal for want of
prosecution.  See Tex. R. App. P.
42.3(b).  Appellant filed no brief or other response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates and Frost.